PD-0562-16

RECEIVED
MAY 03 2016
STATE PROSECUTING ATTORNEY

FILED IN
COURT OF CRIMINAL APPEALS

MAY 20 2016

Abel Acosta, Clerk

Lisa Li Minn, Clerk
Court Of Crimina Appeals
P.O. Box 12405
          Austin, Texas, 78711

Dear Clerk,
        enclosed please find my pro se
Defendants Motion for extension of time
to file Petition for discretionary review.
Please file this motion and bring it to
the attention of the court.

    Please Date and Stamp this letter and return
it to me at my address shown below. Devin Joseph
1500 E. Langdon Rd. Dallas, Texas
                                   75241

    I also request that you notify me of the
courts ruling on my motion
                    Sincery,

                    Devin Joseph

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 20 2016

Abel Acosta, Clerk

Defendants, pro se
#2011290

(1.)

NO. _____

In the Court of
    Criminal Appeals
            Austin, Texas


            Devin Joseph
                V.
        The State of Texas
From Appeal No. 08-15-00233-CR
Trial cause # F12-55348-M
        Dallas, County


    First motion for extension of Time to
File petition for discretionary review.


    To the Honorable Judges of the court
of Criminal Appeals:
    Comes now, Devin Joseph, petitioner
and files this motion for and extension of
Sixty (60) days In which to file a petition for
discretionary review. In Support of this motion,
appellant shown/s the court following:
                    I
The petitionser was Convicted in the 194th
District County of Dallas, County, Texas of
the offense of AGG Robbery in cause No.
F12-55348-M, Styled State of Texas

(2.)

VS. Devin Joseph. The petitioner appealed to the Court of Appeals. 8th Supreme Judical Court District. The case was Affirmed on 3/16/16.

## II

The present Deadline for the filling the petition for Discretionary review is 4/16/16. The petitioner has not requested any extension prior to Request

## III

Petitioners request for an extension is based upon the following facts: Petitioner was not informed of the Decision of the court of appeals in affirming his case until 3/24/16. Since that time Petitionser has Been attempting to gain Legal represention in this matter His Attorney on the appeal NAN Hendrickson, has Informed petitioner that She will not represent him on the petition for Discretionary Review

Wherefore, petitioner prays this Court grant this motion and extend the deadline for filing the petition for discretionay review in cause #. 08-15-00253-cr. to June 16.16                                        Devin Josp

Hutchins unit Tex. DEP.          petitioner pro se
TDCJ# 2011290   Dallas, Criminal Justice
Texas 75241

# Certificate of Service

I Certify that a true and correct Copy of the above and foregoing First motion for extension of time to file a petition for Discretionary Review, has been forwarded by U.S Mail, postage prepaid, First Class, to the Attorney for state, Lisa L. minn, at Lisa L minn and To the state Prosecuting Attroney, p.o Box 12405, Austin, Texas 78711 on this the 26th day of April, 2016.

*Devina Joseph*

petitioner, pro se

I Devin Joseph, TDCJ #2011290, being Presently Incarcerated In the Hutchins State Jail unit of the texas Department of Criminal Justice In Dallas County, Texas, verity and declare under penalty of prejury that the foregoing statements are true and Correct. Executed on this the 26 day of April, 2016.

*Devin Joseph*

TDCJ # 2011290

Devin Joseph #2011740
Huttins Unit
1500 E Langdon Rd
Dallas T.X. 75241

(Legal mail)

NORTH TEXAS TX PDNX
DALLAS TX 750
28 APR 2025 PM 11 L

Lisa C. M'Minn
State Prosecuting Attorney
P.O. BOX 12405
Austin, texas, 78711

78711-240505